Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Alison B Riddell (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:   415.543.8700
Facsimile:   415.391.8269
Email: sboranian@reedsmith.com
ariddell@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WEST,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | No.: CV 07 6270 MEJ<br><br>(Removal from San Francisco Superior Court Case No. CGC-07-469085)<br><br>**DEFENDANT MERCK & CO., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[LOCAL RULE 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 11, 2007

REED SMITH LLP

By /s/ Alison B. Riddell
Alison B. Riddell
Attorneys for Defendant
Merck & Co., Inc.