Michael K. Brown (CSBN 104252)
Thomas J. Yoo (CSBN 175118)
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (CSBN 174183)
Alison B. Riddell (CSBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111
Telephone: (415) 543 -8700
Facsimile:   (415) 391-8269
Email: sboranian@reedsmith.com
ariddell@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WEST<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | No. CV 07 6270<br><br>(Removal from San Francisco Superior Court Case No. CGC-07-469085)<br><br>**DEFENDANT MERCK & CO., INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[LOCAL RULE 3-13] |

TO THE COURT AND TO PLAINTIFF:

Pursuant to United States District Court for the Northern District of California Local Rule 3-13, defendant Merck & Co., Inc. ("Merck") is not aware of any actions involving the pharmaceutical Vioxx® ("Vioxx cases") that are pending in the Northern District of California.

- 1 -

DEFENDANT MERCK & CO., INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

1  Additional Vioxx cases are currently pending in various federal district courts across
2  the country and in the Multidistrict Litigation known as *In re VIOXX Products Liability Litigation*,
3  MDL No. 1657, in the Eastern District of Louisiana.
4  Vioxx cases filed in state courts in the State of California and served on Merck are
5  coordinated in Judicial Council Coordination Proceeding No. 4247 in the Los Angeles County
6  Superior Court.
7  Additional Vioxx cases are currently pending in various other state court jurisdictions
8  across the country.
9  DATED: December 11, 2007

REED SMITH LLP

By _____
Alison B. Riddell
Attorney for Defendant
Merck & Co., Inc.

DEFENDANT MERCK & CO., INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS