Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Alison B. Riddell (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:   415.543.8700
Facsimile:   415.391.8269
Email: sboranian@reedsmith.com
ariddell@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WEST,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; and DOES 1 to 100, inclusive,<br><br>        Defendants. | No. CV 07 6270<br><br>(Removal from San Francisco Superior Court Case No. CGC-07-469085)<br><br>**CERTIFICATE OF SERVICE** |

DOCSSFO-12499350.1-ABRIDDEL

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On December 11, 2007, I served the following document(s) by the method indicated below:

**CIVIL CASE COVER SHEET;**

**DEFENDANT MERCK & CO., INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS;**

**DEFENDANT MERCK & CO., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; AND**

**DEFENDANT MERCK & CO., INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐     by transmitting via email to the parties at the email addresses listed below:

William M. Audet
Susanne N. Scovern
Joshua C. Ezrin
**AUDET & PARTNERS, LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105
Facsimile No. (415) 568-2556

      I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 11, 2007, at San Francisco, California.

_____
D. Rothschild

DOCSSFO-12501138.1