Anthony G. Brazil (State Bar No. 84297)
Megan S. Wynne (State Bar No. 183707)
Wendi J. Frisch (State Bar No. 211555)
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:    (213) 891-9100
Facsimile:    (213) 488-1178

Attorneys for Defendant
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WEST,<br><br>       Plaintiff(s),<br><br>   vs.<br><br>MERCK & COMPANY, INC., a corporation, McKESSON CORPORATION, a corporation, and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No.  3:07-CV-06270-MEJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)** |

   Pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 18, 2007         Respectfully Submitted,

                                 **MORRIS POLICH & PURDY LLP**

                                 By:  /s/ Wendi J. Frisch, Esq.
                                       Anthony G. Brazil
                                       Megan S. Wynne
                                       Wendi J. Frisch
                                 Attorneys for Defendant
                                 MCKESSON CORPORATION

**ELECTRONIC PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On December 18, 2007, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following document via file transfer protocol to ECF (Electronic Case Filing)

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile        ☐ overnight delivery

**"CERTIFICATION OF INTERESTED ENTITIES OR PERSONS"**

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 18, 2007, at Los Angeles, California.

*Maria Escobedo*
Maria T. Escobedo

-1-
ELECTRONIC PROOF OF SERVICE