**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE WEST,<br>    Plaintiff(s)<br>  v.<br>MERCK & COMPANY, et al.,<br>    Defendant(s) | CASE NO. C-07-6270 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

 __X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

 _____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

 _____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

  All previous hearing dates are hereby **VACATED.**

Dated: December 20, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk