1   Michael K. Brown (SBN 104252)
    Thomas J. Yoo (SBN 174118)
2   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
3   Los Angeles, CA 90071
    Telephone:    213.457.8000
4   Facsimile:    213.457.8080
    Email  mkbrown@reedsmith.com
5           tyoo@reedsmith.com

6   Steven J. Boranian (SBN 174183)
    Tiffany Renee Thomas (SBN 239085)
7   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
8   San Francisco, CA 94111-3922
    Telephone:    415.543.8700
9   Facsimile:    415.391.8269
    Email: sboranian@reedsmith.com
10          tthomas@reedsmith.com

11  Attorneys for Defendant
    Merck & Co., Inc.

12

                    UNITED STATES DISTRICT COURT

13

                   NORTHERN DISTRICT OF CALIFORNIA

14

15  GEORGE WEST                              Case No. 3:07-cv-06270-JSW

16              Plaintiff,

17      vs.                                  **DECLARATION OF TIFFANY RENEE
                                             THOMAS IN SUPPORT OF DEFENDANT
18  MERCK & COMPANY, INC., a corporation;    MERCK & CO., INC.'S MOTION TO STAY
    MCKESSON CORPORATION, a corporation;     PROCEEDINGS**
19  and DOES 1 to 100, inclusive,

20              Defendants.                  Hearing Date: February 8, 2008
                                             Time:          9:00 a.m.
21                                           Courtroom:     2, 17th floor
                                             Compl. Filed: November 9, 2007
22                                           Trial Date:    None Set

23                                           Honorable Jeffrey S. White

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

I, Tiffany Renee Thomas, declare:

1.    I am an attorney duly admitted to practice law in the State of California and an attorney at Reed Smith LLP, counsel in this action for defendant Merck & Co., Inc. ("Merck"). I have personal knowledge of the facts set forth in this declaration and for those matters for which I do not have personal knowledge, I am informed and believe they are true.

2.    An MDL has been established in the Eastern District of Louisiana entitled *In re VIOXX Products Liab. Litig.* (MDL-1657), to coordinate all product liability cases involving alleged health risks from Vioxx® (the "Vioxx cases").

3.    On November 9, 2007, Plaintiff George West commenced this action entitled *West v. Merck & Co., Inc., et al.*, Case No. CGC-07-469085, against Merck by filing a Complaint in the Superior Court for the State of California, County of San Francisco.

4.    On December 11, 2007, Merck timely removed this action to this Court based on diversity jurisdiction under 28 U.S.C. § 1332.

5.    Pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), Merck provided notice to the MDL Panel of the pendency of this "tag-along" action in a letter dated December 18, 2007. Merck expects this case to be listed on a conditional transfer order shortly. Once the conditional transfer order is issued, Plaintiff has fifteen days to object to transfer in accordance with R.P.J.P.M.L. 7.4(c). Attached hereto as Exhibit "A" is a true and correct copy of the December 18, 2007 tag-along letter.

6.    To date, over 200 Vioxx-related cases with pending remand motions have been stayed because federal courts all around the country have determined that a stay furthers judicial economy and does not prejudice plaintiffs.

- 2 -

DECLARATION IN SUPPORT OF MERCK & CO., INC.'S MOTION TO STAY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1      I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.

3

4      DATED: January 3, 2008

5                                    Tiffany Renee Thomas

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 3 -

DECLARATION IN SUPPORT OF MERCK & CO., INC.'S MOTION TO STAY