Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
       tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:   415.543.8700
Facsimile:   415.391.8269
Email: sboranian@reedsmith.com
       tthomas@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WEST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation;<br>MCKESSON CORPORATION, a corporation;<br>and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-cv-06270-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date: February 8, 2008<br>Time:           9:00 a.m.<br>Courtroom:   2, 17th floor<br>Compl. Filed: November 9, 2007<br>Trial Date:    None Set<br><br>Honorable Jeffrey S. White |

[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS

Defendant Merck & Co., Inc.'s Motion to Stay Proceedings came on regularly for hearing before this Court on February 8, 2008, at 9:00 a.m. in Courtroom 2. All parties were represented by their respective counsel or appeared in propria persona.

The Court having considered all papers filed by Plaintiff and Defendant Merck & Co., Inc., as well as all other papers filed in this action and the oral arguments of counsel, and good cause appearing, **ORDERS** as follows:

Defendant Merck & Co., Inc.'s Motion to Stay Proceedings is GRANTED and all proceedings are stayed pending transfer of this matter to MDL 1657.

IT IS SO ORDERED.

DATED:

_____
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS