Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 174118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  213.457.8000
Facsimile:   213.457.8080
Email  mkbrown@reedsmith.com
       tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:  415.543.8700
Facsimile:   415.391.8269
Email: sboranian@reedsmith.com
       tthomas@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WEST<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation;<br>MCKESSON CORPORATION, a corporation;<br>and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-cv-06270-JSW<br><br>**REPLY IN SUPPORT OF DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hearing Date: February 8, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　 2, 17th floor<br>Compl. Filed: November 9, 2007<br>Trial Date:　 None Set<br><br>Honorable Jeffrey S. White |

On January 3, 2008, defendant Merck & Co., Inc. filed a motion to stay proceedings in this case pending a transfer decision by the Judicial Panel on Multidistrict Litigation. Plaintiff did not file an opposition. Under Ninth Circuit authority, failure to file an opposition may be deemed consent to granting of the motion. *See Ghazali v. Moran,* 46 F.3d 52, 53 (9th Cir. 1995) (district court properly granted motion to dismiss when plaintiff did not file an opposition).

Further, the Judicial Panel on Multidistrict Litigation ("JPML") conditionally transferred the present action to the Eastern District of Louisiana on January 18, 2008. *See* Declaration of Tiffany Renee Thomas in Support of Merck & Co., Inc.'s Reply in Support of Its Motion to Stay at ¶2.

In light of Plaintiff's failure to file an opposition to Merck's motion and the JPML's conditional transfer of this action to the MDL, Merck respectfully requests that this court grant its motion to stay this case pending its transfer to *In re VIOXX Products Liab. Litig.* (MDL-1657).

DATED: January 25, 2008

REED SMITH LLP

By _____
Tiffany Renee Thomas
Attorneys for Defendant
Merck & Co. Inc.

REPLY IN SUPPORT OF MERCK & CO., INC.'S MOTION TO STAY