1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    GEORGE WEST
8            Plaintiff(s),                    No. C 07-06270 JSW
9        v.                                   **CLERK'S NOTICE**
10   MERCK AND COMPANY
11           Defendant(s).
     _____/
12
13
14       YOU ARE HEREBY NOTIFIED that on March 14, 2008,  at 9:00 a.m., in Courtroom 2 on the
15   17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the
16   HONORABLE JEFFREY S. WHITE will conduct the Motion to Stay Proceedings Pending Decision
     on Transfer to MDL **previously noticed for February 8, 2008** , in this matter.
17
18       YOU ARE FURTHER NOTIFIED that on March 14, 2008, at 9:00 a.m. in Courtroom 2 on the
19   17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the
20   HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference previously
     noticed for 9:00 a.m., in this matter.  The joint case management statement remains due on or before
21   March 7, 2008.
22
                                             Richard W. Wieking
23                                           Clerk, United States District Court
24
                                             By:_____*Jennifer Ottolini*_____
25                                           Jennifer Ottolini Deputy Clerk
                                             Honorable Jeffrey S. White
26                                           (415) 522-4173
27   Dated:  February 5, 2008
28