## UNITED STATES DISTRICT COURT
### Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 14, 2008

**United States District Court-Eastern Louisiana**
**500 Poydras Street, Room C-151**
**New Orleans, LA 70130**

RE: CV 07-06270 JSW  GEORGE WEST-v-MERCK AND COMPANY

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    by:  Hilary D. Jackson
    Case Systems Administrator

Enclosures
Copies to counsel of record